**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**By ECF**                                                              March 27, 2019

Hon. Alison J. Nathan
U.S. District Court, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:  *XL Insurance America, Inc. et al. v. DiamondRock Hospitality Company et al.*, No. 18 Civ. 10025

Dear Judge Nathan:

      On behalf of Defendants DiamondRock Hospitality Company and DiamondRock Frenchman's Owner, Inc. ("DiamondRock"), we write pursuant to the Court's Individual Practices in Civil Cases § 1.A to advise the Court of a recent development bearing on DiamondRock's pending motion to dismiss the above-referenced action (the "New York Action") or, in the alternative, to stay the New York Action pending resolution of a parallel first-filed action in St. Thomas, U.S. Virgin Islands (the "St. Thomas Action").  *See* Dkt. 15.

      Yesterday, the St. Thomas court entered a Scheduling Order in the St. Thomas Action.  The St. Thomas court ordered a January 22, 2020 start date for trial.  A true and correct copy of the Scheduling Order is attached as Exhibit A.

      Please do not hesitate to contact us with any questions about any of the foregoing.  We very much appreciate the Court's attention to this matter.

      Respectfully submitted,

      s/ David A. Luttinger Jr.

      David A. Luttinger Jr.

Attachment (1)

cc:       Counsel of Record