UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL INSURANCE AMERICA, INC., CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NOS. PRPNA1700847 AND PRPNA1702387, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMONDROCK HOSPITALITY COMPANY, and DIAMONDROCK FRENCHMAN'S OWNER, INC.,<br><br>Defendants. | No. 18 Civ. 10025 (AJN)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record that this action is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Dated: January 13, 2020

By: /s/ Lynn K. Neuner

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw
Lynn K. Neuner
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
mforshaw@stblaw.com

*Attorney for Plaintiffs XL Insurance America, Inc. and Certain Underwriters at Lloyd's, London Subscribing to Policy No. PRPNA1700847.*

By: /s/ Joanna L. Young

KENNEDYS CMK LLP
Joanna Lyn Young
570 Lexington Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 252-0004
joanna.young@kennedyscmk.com

*Attorney for Plaintiff United States Fire Insurance Company*

By: /s/ Philip A. Nemecek

KATTEN MUCHIN ROSENMAN LLP
Philip Adam Nemecek
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8834
philip.nemecek@kattenlaw.com

*Attorney for Plaintiff Certain Underwriters at Lloyd's, London Subscribing to Policy No. PRPNA1702387*

By: /s/ Matthew J. Schlesinger / CPW

COVINGTON & BURLING LLP
Matthew J. Schlesinger
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
mschlesinger@cov.com

*Attorney for Defendants*